IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              December 17, 2015

Deputy Clerk:      Kathleen Finney
Court Reporter:    Tracy Weir
Interpreter:       Cathy Bahr and Susana Cahill

**Criminal Action No.  13-cr-00142-REB-1-2**

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                           Bradley Giles
                                                    Peter McNeilly
    Plaintiff,
v.

1.  SEVERO MORENO, and                              Lisa Monet Wayne
2.  ERIK ESPINOZA-MORENO,                           Harvey Steinberg
                                                    Ariel Benjamin
    Defendants.

### COURTROOM MINUTES

**Motions Hearing.**

**2:37 p.m.    Court in session.**

Appearances of counsel.

Defendant #1 Severo Moreno is present in custody; Defendant #2 Erik Espinoza-Moreno is on bond.

Interpreters: government and counsel for defendant #1 Severo Moreno stipulate as to interpreters' qualifications; interpreter's sworn.

Opening statements by the court.  This matter is before the court for hearing and consideration of pending defense pretrial motions.

    **IT IS ORDERED** as follows:

1. That the **Defendant Severo Moreno's Motion for Bill of Particulars** [#219] is **taken under advisement**;

2. That the **Defendant Severo Moreno's Motion to Disclose Grand Jury Transcripts and All Discovery Relevant to the Testimony in Support of the Grand Jury Testimony** [#220] is **DENIED as moot**;

3. That the defendant #2 Erik Espinoza-Moreno's **Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence** [#321] is **taken under advisement**;

4. That the defendant #2 Erik Espinoza-Moreno's Motion for Disclosure of Identity of Informants [#325] is **taken under advisement**;

5. That regarding the **Defendant Severo Moreno's Motion for *James* Hearing to Determine the Admissibility of Extrajudicial Statements of Alleged Co-Conspirators** [#309] and the defendant #2 Erik Espinoza-Moreno's **Defendant's Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and Motion for Pretrial *James* Determination of Admissibility of Alleged Co-conspirator Statements** [#324]:
   - the government shall prepare and file a combined James/Bruton log, as agreed, by **January 15, 2016**;
   - that the defendants may file individual responses, or a joint response, by **February 15, 2016**; and
   - that the court reserved the right to commission a reply by the govt, set the matter for further briefing or hearing, or rule on the papers in its discretion;

6. That the defendant #2 Erik Espinoza-Moreno's **Motion for Early Production of *Jencks* Material** [#333] is **taken under advisement**;

**3:30 p.m.**   Court in recess.

**3:44 p.m.**   Court in session.

**IT IS FURTHER ORDERED** as follows:

7. That the defendant #2 Erik Espinoza-Moreno's **Request for Notice of Intent to Call Expert Witnesses and Discovery Pursuant to Rule 16(a)(1)(F) and (G), Fed.R.Crim.P.** [#329], the **Defendant Erik Espinoza-moreno's Motion to Strike Government's Proposed Expert Testimony, or in the Alternative for an Evidentiary Hearing Pursuant to F.R.E. 702** [#537], and the **Defendant Severo Moreno's Motion to Strike Government's Proposed Expert Testimony, or in the Alternative, for**

        **an Evidentiary Hearing Pursuant to F. R. E. 702** [#498] are **taken under advisement**;

8. That a trial setting conference is set **January 12, 2016**, commencing at **11:00 a.m.** (MST), at which counsel and the defendants shall appear without further notice or order; provided that Ms. Wayne may appear and participate **by telephone**, and the appearance of defendant #1 Severo Moreno shall be **waived**;

9. That the bond of #2 Mr. Espinoza-Moreno is continued; and

10. That the custody of #1 Mr. Moreno is remanded to the United States Marshal for continued detention.

**4:26 p.m.**    **Court in recess.**

Total time in court: 01:35

Hearing concluded.