## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No.  13-cr-00142-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SEVERO MORENO,

    Defendant.

## ORDER GRANTING MOTION FOR CJA AUTHORIZATION
## TO APPOINT CO-COUNSEL

**Blackburn, J**

The matter before me is **Defendant Severo Moreno's *Ex Parte* Motion for Appointment of Co-counsel Pursuant to Section 230.53.20** [#725][1] filed *ex parte* January 22, 2016.  I grant the motion.

Based on the relevant record considered as a whole, I find and conclude as follows. In the main the motion implicates 18 U.S.C. § 3006A and the **Guide to Judiciary Policy**, Vol. 7A, Ch. 2. The defendant, Severo Moreno, is financially unable to obtain counsel. Thus, pursuant to 18 U.S.C. § 3006A(b), present counsel was appointed and entered her appearance on April 15, 2013. *See* [#41]. Given the reticulated totality of relevant circumstances, this case constitutes "an extremely difficult case" within the meaning of the relevant provisions of the **Guide to Judiciary Policy**.

---

[1] "[#725]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

*See* **Guide**, **Vol. 7A, § 230.53.20(a)**. It is necessary and in the interest of justice to appoint an additional attorney. *See id.*, **§ 230.53.20(b)**. The defendant's nominee for co-counsel is Marci Gilligan LaBranche, Esq., who is qualified to serve as co-counsel and who is a member of the Criminal Justice Act Panel for the United States District of Colorado.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Defendant Severo Moreno's *Ex Parte* Motion for Appointment of Co-counsel Pursuant to Section 230.53.20** [#725] filed *ex parte* January 22, 2016, is granted;

      2.  That Marci Gilligan LaBranche, Esq., is appointed as co-counsel for the defendant; and

      3.  That a copy of this order shall be served on counsel for the government and counsel for defendant Severo Moreno and Marci Gilligan LaBranche, Esq.

      Dated March 3, 2016, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge