IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 13-cr-00142-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SEVERO MORENO,
      a/k/a "Juan", and
2. ERIK ESPINOZA-MORENO,

      Defendants.

## ORDER FOR RELEASE OF GRAND JURY MATERIALS

**Blackburn, J.**

On consideration of the **Government's Unopposed Motion To Disclose Grand Jury Materials to the Attorneys for the Defendants** [#747][1] filed March 18, 2016, pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure,

**IT IS ORDERED** that copies of the transcripts of testimony given before the Grand Jury in relation to *United States v. Dennis O'Shea et. al.*, 12-cr-00477-RBJ, and exhibits used before the Grand Jury, if any, be disclosed to the attorneys for the above-captioned defendants to facilitate trial preparation.

Dated March 22, 2016, at Denver, Colorado.

BY THE COURT:

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#747]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.