**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00142-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SEVERO MORENO, and
2. ERIK ESPINOZA-MORENO,

    Defendants.

# ORDER

**Blackburn, J.**

The matter is before me *sua sponte*. The extant **Discovery Conference Memorandum and Order** [#37][1] for Erik Espinoza-Moreno and [#38] for Severo Moreno both filed April 11, 2013, and both at page 9, ¶ V(C), provide in relevant part: "Written summaries of any testimony that the defendant intends to use under Rules 702, 703, or 705 Fed.R.Crim.P. 16(b)(1)(C) shall be provided on such schedule as the District Court shall determine upon motion by either party." Although neither the government nor either defendant has filed a motion seeking the imposition of such a schedule of disclosure, I find it to be necessary to do so and thus enter this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That by April 28, 2016, each defendant shall file and provide to the government a summary of any testimony the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial; and

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2.  That as required under Fed. R. Crim. P. 16(b)(1)(C), the summary for each expert witness shall describe the qualifications of the expert witness, each opinion of the expert witness, and the bases and reasons for each such opinion.

Dated April 14, 2016, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge