**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 13-cr-00142-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1) SEVERO MORENO,
    a/k/a "Juan"; and
2) ERIK ESPINOZA-MORENO;

    Defendants.

## ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DISCLOSE GRAND JURY MATERIALS TO THE ATTORNEYS FOR THE DEFENDANTS

**Blackburn, J.**

The matter before me is the **Government's Unopposed Motion To Disclose Grand Jury Materials to the Attorneys for the Defendants** [#747],[1] filed March 18, 2016. Having considered the motion and the file, and being advised of the premises, I find and conclude that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Unopposed Motion To Disclose Grand Jury Materials to the Attorneys for the Defendants** [#747], filed March 18, 2016, is granted; and

---

[1] "[#747]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That copies of the transcripts of testimony given before the Grand Jury in relation to **United States v. Dennis O'Shea et. al.**, 12-cr-00477-RBJ, and exhibits used before the Grand Jury, if any, in that same matter, shall be disclosed as soon as practicable to the attorneys for the above-captioned defendants to facilitate trial preparation.

Dated April 29, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge